B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor -- If Individual: Last, First, Middle)<br>OPK Biotech LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>11 Hurley Street, Cambridge, MA 02141<br><br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Middlesex<br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>C T Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA 02110<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) -- Page 2

Name of Debtor __OPK Biotech LLC__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Spear Realty (Gerald Spear) | David B. Madoff, Esq. | 4/24/14 |
| Name of Petitioner / Date Signed: 4-22-14 | Name of Attorney Firm (If any): 124 Washington Street, Foxboro, MA 02035 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 520 Springfield Street, Coopersburg, PA 18036 — Owner | Telephone No.: (508) 543-0040 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| SAFA Advisory Ltd. (Nathan Medlock) | David B. Madoff, Esq. | 4/24/14 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 124 Washington Street, Foxboro, MA 02035 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 37 Broad Street, 1st Floor, St. Heller, NJ JE2 3RR | Telephone No.: (508) 543-0040 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spear Realty 520 Springfield Street Coopersburg, PA | wages/compensation | 612,370.00 |
| SAFA Advisory Ltd. 37 Broad Street, 1stFloor St. Heller, NJ | wages/compensation | 30,190.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                              Name of Debtor  OPK Biotech LLC

                                                                    Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Jason W. Cupp_ (signed)<br>Signature of Petitioner or Representative (State title)<br>Jason Cupp<br>Name of Petitioner           Date Signed: 22 APR 14<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>40 Stanson Drive<br>North Attleboro, MA 02760 | x _(signed)_<br>Signature of Attorney             Date<br>David B. Madoff, Esq.<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Bruce Leibensperger<br>Name of Petitioner           Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>18 Greenshire Blvd<br>Schwenksville, PA 19437 | x _____<br>Signature of Attorney             Date<br>David B. Madoff, Esq.<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Barry Scott<br>Name of Petitioner           Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>3230 E. Colter Street<br>Phoenix, AZ 85018 | x _____<br>Signature of Attorney             Date<br>David B. Madoff<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02034<br>Address<br>(508) 543-0040<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jason Cupp 40 Stanson Drive North Attleboro, MA 02760 | wages/compensation | 9,900.00 |
| Bruce Leibensperger 18 Greenshire Blvd Schwenksville, PA | wages/compensation | 80,351.18 |
| Barry Scott 3230 E. Colter Street Phoenix, AZ 85018. | wages/compensation | 432,588.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

   X   continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor_____

                                                                          Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) Melissa Zafirelis | Signature of Attorney David B. Madoff, Esq. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 124 Washington Street, Foxboro, MA 02035 |
| Name & Mailing Address of Individual Signing in Representative Capacity   32 Maple Street Waltham, MA 02453 | Address (508) 543-0040 Telephone No. |

| x_____ Admin | x_____ 4/24/14 |
|---|---|
| Signature of Petitioner or Representative (State title) Azzur Group (Edward Perelman)  4/23/14 | Signature of Attorney David B. Madoff, Esq. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 124 Washington Street, Foxboro, MA 02035 |
| Name & Mailing Address of Individual Signing in Representative Capacity   726 Fitzwatertown Road Willow Grove, PA 19090 | Address (508) 543-0040 Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) R.A. Martin Sales, Inc.(Robert Martin) | Signature of Attorney David B. Madoff, Esq. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) 124 Washington Street, Foxboro, MA 02035 |
| Name & Mailing Address of Individual Signing in Representative Capacity   35 Samantha Lane Gilbertsville, PA 19525 | Address (508) 543-0040 Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Melissa Zafirelis 32 Maple Street Waltham, MA 02453 | wages/compensation | 3,637.50 |
| Azzur Group 726 Fitzwatertown Road Willow Grove, PA | wages/compensation | 226,023.17 |
| R.A. Martin Sales, Inc. 35 Samantha Lane Gilbertsville, PA | wages/compensation | 1,183.24 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

                              X   continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **OPK Biotech LLC**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
**Spear Realty (Gerald Spear)**

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: **520 Springfield Street, Coopersburg, PA 18036**

x_____
Signature of Attorney                Date
**David B. Madoff, Esq.**
Name of Attorney Firm (if any)
**124 Washington Street, Foxboro, MA 02035**
Address
**(508) 543-0040**
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
**SAFA Advisory Ltd. (Nathan Medlock)**   24/4/14

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: **37 Broad Street, 1st Floor St. Heller, NJ JE2 3RR**   [signature] Medlock Director

x_____    4/24/14
Signature of Attorney                Date
**David B. Madoff, Esq.**
Name of Attorney Firm (if any)
**124 Washington Street, Foxboro, MA 02035**
Address
**(508) 543-0040**
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

x_____
Signature of Attorney                Date

Name of Attorney Firm (if any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spear Realty 520 Springfield Street Coopersburg, PA | wages/compensation | 612,370.00 |
| SAFA Advisory Ltd. 37 Broad Street, 1stFloor St. Heller, NJ | wages/compensation | 30,190.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| x _____<br>Melissa Zafirelis<br>Name of Petitioner — Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 32 Maple Street, Waltham, MA 02453 | x _____  Date<br>Signature of Attorney<br>David B. Madoff, Esq.<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Azzur Group (Edward Perelman)<br>Name of Petitioner — Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 726 Fitzwatertown Road, Willow Grove, PA 19090 | x _____  Date<br>Signature of Attorney<br>David B. Madoff, Esq.<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
| x Robert K. Martin (President)<br>Signature of Petitioner or Representative (State title)<br>R.A. Martin Sales, Inc. (Robert Martin)    4/23/14<br>Name of Petitioner — Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 35 Samantha Lane, Gilbertsville, PA 19525 | x [signature]  4/24/14<br>Signature of Attorney<br>David B. Madoff, Esq.<br>Name of Attorney Firm (If any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Melissa Zafirelis 32 Maple Street Waltham, MA 02453 | wages/compensation | 3,637.50 |
| Azzur Group 726 Fitzwatertown Road Willow Grove, PA | wages/compensation | 225,023.17 |
| R.A. Martin Sales, Inc. 35 Samantha Lane Gilbertsville, PA | wages/compensation | 1,183.24 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

X continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __OPK Biotech LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Jason Cupp<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>40 Stanson Drive<br>North Attleboro, MA 02760 | x_____<br>Signature of Attorney    Date<br>David B. Madoff, Esq.<br>Name of Attorney Firm (if any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
|---|---|
| x_/s/_____<br>Signature of Petitioner or Representative (State title)<br>Bruce Leibensperger    22 APR 2014<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>18 Greenshire Blvd<br>Schwenksville, PA 19437 | x_/s/_____  4/24/14<br>Signature of Attorney    Date<br>David B. Madoff, Esq.<br>Name of Attorney Firm (if any)<br>124 Washington Street, Foxboro, MA 02035<br>Address<br>(508) 543-0040<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Barry Scott<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>3230 E. Colter Street<br>Phoenix, AZ 85018 | x_____<br>Signature of Attorney    Date<br>David B. Madoff<br>Name of Attorney Firm (if any)<br>124 Washington Street, Foxboro, MA 02034<br>Address<br>(508) 543-0040<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Jason Cupp 40 Stanson Drive North Attleboro, MA 02760 | Nature of Claim<br>wages/compensation | Amount of Claim<br>9,900.00 |
| Name and Address of Petitioner<br>Bruce Leibensperger 18 Greenshire Blvd Schwenksville, PA | Nature of Claim<br>wages/compensation | Amount of Claim<br>80,351.18 |
| Name and Address of Petitioner<br>Barry Scott 3230 E. Colter Street Phoenix, AZ 85018. | Nature of Claim<br>wages/compensation | Amount of Claim<br>432,588.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                   Name of Debtor  OPK Biotech LLC

                                                                         Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Jason Cupp | David B. Madoff, Esq. |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 124 Washington Street, Foxboro, MA 02035 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 40 Stanson Drive | (508) 543-0040 |
| North Attleboro, MA 02760 | Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Bruce Leibensperger | David B. Madoff, Esq. |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 124 Washington Street, Foxboro, MA 02035 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 18 Greenshire Blvd | (508) 543-0040 |
| Schwenksville, PA 19437 | Telephone No. |

| x  *Barry Scott* | x  [signature]  4/24/14 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney           Date |
| Barry Scott | David B. Madoff |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 124 Washington Street, Foxboro, MA 02034 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 3230 E. Colter Street | (508) 543-0040 |
| Phoenix, AZ 85018 | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jason Cupp 40 Stanson Drive North Attleboro, MA 02760 | wages/compensation | 9,900.00 |
| Bruce Leibensperger 18 Greenshire Blvd Schwenksville, PA | wages/compensation | 80,351.18 |
| *Barry Scott* 3230 E. Colter Street Phoenix, AZ 85018 | wages/compensation | 432,588.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

X  continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Melissa Zafirells    4/24/14
Signature of Petitioner or Representative (State title)
Melissa Zafirells
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 32 Maple Street, Waltham, MA 02453

x /s/ David B. Madoff    4/24/14
Signature of Attorney    Date
David B. Madoff, Esq.
Name of Attorney Firm (If any)
124 Washington Street, Foxboro, MA 02035
Address
(508) 543-0040
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Azzur Group (Edward Perelman)
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 726 Fitzwatertown Road, Willow Grove, PA 19090

x _____    Date
Signature of Attorney
David B. Madoff, Esq.
Name of Attorney Firm (If any)
124 Washington Street, Foxboro, MA 02035
Address
(508) 543-0040
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
R.A. Martin Sales, Inc. (Robert Martin)
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: 35 Samantha Lane, Gilbertsville, PA 19525

x _____    Date
Signature of Attorney
David B. Madoff, Esq.
Name of Attorney Firm (If any)
124 Washington Street, Foxboro, MA 02035
Address
(508) 543-0040
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Melissa Zafirells 32 Maple Street Waltham, MA 02453 | wages/compensation | 3,637.50 |
| Azzur Group 726 Fitzwatertown Road Willow Grove, PA | wages/compensation | 226,023.17 |
| R.A. Martin Sales, Inc. 35 Samantha Lane Gilbertsville, PA | wages/compensation | 1,183.24 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

X continuation sheets attached