**OFFICIAL FORM 7**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re | ) |
| | ) |
| OPK BIOTECH, LLC | ) Chapter 7 |
| | ) Case No. |
| Debtor. | ) |

**DECLARATION RE: ELECTRONIC FILING**

PART I – DECLARATION OF PETITIONER

We, the undersigned Petitioners, hereby declare under penalty of perjury that all of the information contained in my:

- ☒ Involuntary Petition
- ☐ Chapter 13 Plans
- ☐ Amended Plan
- ☐ Amended Schedules
- ☐ Application to Employ
- ☐ Affidavit
- ☐ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____
Jason Cupp

Signed:_____
Bruce Leibensperger

Signed:_____
Azzar Group, by Edward Perelman

Signed:_____
R.A. Martin Sales, Inc., by Robert Martin

Signed:_____
Barry Scott

Signed:_____
Spear Realty, by Gerald Spears

Signed:_____
Melissa Zafirelis

Signed: /s/ Nathan Medlock
SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____
Jason Cupp

Signed: _____
Bruce Leibensperger

Signed:_____
Azzar Group, by Edward Perelman

Signed: _*Robert R. Martin*_
R.A. Martin Sales, Inc., by Robert Martin

Signed:_____
Barry Scott

Signed: _____
Spear Realty, by Gerald Spears

Signed:_____
Melissa Zafirelis

Signed: _____
SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____
Jason Cupp

Signed: _____
Bruce Leibensperger

Signed:_____
Azzar Group, by Edward Perelman

Signed: _____
R.A. Martin Sales, Inc., by Robert Martin

Signed:_____
Barry Scott

Signed: _____
Spear Realty, by Gerald Spears

Signed:_____
Melissa Zafirelis

Signed: _____
SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed: *Jason W. Cupp*  
Jason Cupp

Signed: _____  
Bruce Leibensperger

Signed: _____  
Azzar Group, by Edward Perelman

Signed: _____  
R.A. Martin Sales, Inc., by Robert Martin

Signed: _____  
Barry Scott

Signed: _____  
Spear Realty, by Gerald Spears

Signed: _____  
Melissa Zafirelis

Signed: _____  
SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____     Signed: _____
Jason Cupp                         Bruce Leibensperger


Signed:_____     Signed: _____
Azzar Group, by Edward Perelman    R.A. Martin Sales, Inc., by Robert Martin


Signed:_____     Signed: _____
Barry Scott                        Spear Realty, by Gerald Spears    Gerald Spear


Signed:_____     Signed: _____
Melissa Zafirelis                  SAFA Advisory Ltd., by Nathan Medlock

all paper documents containing original signatures executed under the penalty perjury and filed electronically with the Court are the property of the bankruptcy estate and be maintained by the authorized CM/ECF Registered User for a period of five (5) years after closing of this case.

Dated: April 22, 2014

Signed: _____  Signed: _____/s/_____
Jason Cupp                       Bruce Leibensperger


Signed: _____  Signed: _____
Azzar Group, by Edward Perelman   R.A. Martin Sales, Inc., by Robert Martin


Signed: _____  Signed: _____
Barry Scott                      Spear Realty, by Gerald Spears


Signed: _____  Signed: _____
Melissa Zafirelis                SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____  Signed:_____
Jason Cupp                       Bruce Leibensperger


Signed:_____  Signed:_____
Azzar Group, by Edward Perelman  R.A. Martin Sales, Inc., by Robert Martin


Signed:___*Barry Scott*_____  Signed:_____
Barry Scott                      Spear Realty, by Gerald Spears


Signed:_____  Signed:_____
Melissa Zafirelis                SAFA Advisory Ltd., by Nathan Medlock

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: April 22, 2014

Signed:_____
Jason Cupp

Signed: _____
Bruce Leibensperger

Signed:_____
Azzar Group, by Edward Perelman

Signed: _____
R.A. Martin Sales, Inc., by Robert Martin

Signed:_____
Barry Scott

Signed: _____
Spear Realty, by Gerald Spears

Signed: /s/ Melissa Zafirelis
Melissa Zafirelis

Signed: _____
SAFA Advisory Ltd., by Nathan Medlock