Chapter 7
Case Number: 14-11870
Judge Joan N. Feeney

# CERTIFICATE OF SERVICE

I, David B. Madoff, of Madoff & Khoury, LLP, 124 Washington Street, Foxboro, MA 02035, madoff@mandkllp.com certify: that I am, and at all times during hereinafter mentioned was, more than 18 years of age; That on the 28th day of April, 2014 served a copy of the within summons, together with the petition filed in this case, on

**OPK Biotech, LLC**

the debtor in this case, by United States first class mail, postage pre-paid, and by Certified Mail, return receipt requested upon

the said debtor at

| | | |
|---|---|---|
| **11 Hurley Street** | | **OPK Biotech, LLC** |
| **Cambridge, MA 02141** | and | **c/o C T Corporation System** |
| | | **155 Federal Street, Suite 700** |
| | | **Boston, MA 02110** |

I certify under penalty of perjury that the foregoing is true and correct.

April 28, 2014                                        /s/ David B. Madoff
Date                                                         Signature

| |
|---|
| David B. Madoff, Esq. |
| Print Name |
| Madoff & Khoury LLP, 124 Washington Street |
| Business Address |
| Foxborough, MA  02035 madoff@mandkllp.com |
| City                           State             Zip |