UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 14-11870 -JNF |
| OPK Biotech, LLC | |
| Debtor | |

ORDER FOR RELIEF

On consideration of the creditors' petition filed on 4/25/2014 against the above-named debtor, and it appearing that summons was issued and served upon the debtor on 4/28/2014 and no Answer or other responsive pleading having been filed, an **ORDER FOR RELIEF** under chapter of Title 11, United States Code, is hereby **ENTERED**.

May 20, 2014

_____
U.S. Bankruptcy Judge

c:   Debtor
     Petitioning Creditors
     Attorney for Petitioning Creditors