UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OPK BIOTECH, LLC | ) | CHAPTER 7 |
| | ) | CASE NO. 14-11870-JNF |
| Debtor | ) | |
| | ) | |

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that, pursuant to MLBR 9010-3 and Bankruptcy Rule 2002, **Tarvis Realty, LLC**, by and through its counsel, Leonard A. Frisoli, Esq., Frisoli Associates, P.C., Bulfinch Square, 43 Thorndike Street, Cambridge, MA hereby appears in the captioned case and requests that the notice of all matters in the case be served upon its attorneys at the addresses set forth below.

Request is hereby made for service of copies of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, schedules, plans, requests, disclosure statements, answer and reply papers, and notice of all hearings and other proceedings, either formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise, relating to any issue that may be raised in the captioned case.

                                                                                                               Tarvis Realty, LLC,
                                                                                                               By Its Attorney,

                                                                                                                */s/ Leonard A. Frisoli*
                                                                                                              Leonard A. Frisoli, BBO #638201
Frisoli Associates, P.C.
Bulfinch Square
43 Thorndike Street
Cambridge, MA 021241
(617) 494-0200 x7
Laf@Frisolilaw.com

Dated: 6/3/14