**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| OPK BIOTECH, LLC ) | Case No. 14-11870-JNF |
| ) | |
| Debtor. ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on June 4, 2014, I caused a copy of the *Motion by Chapter 7 Trustee to Conduct Rule 2004 Examination of Verdolino & Lowey, P.C. (Expedited Determination Requested)* to be served via the Court's CM/ECF system, electronic mail and/or first class mail, postage prepaid to the parties on the attached service list.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: kcruickshank@murphyking.com

DATED: June 4, 2014
670614

**OPK BIOTECH, LLC**
**SERVICE LIST:**

**BY ELECTRONIC MAIL:**

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA  02035