06/04/2014 Allowed.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 7** |
| **OPK BIOTECH, LLC** | ) | **Case No. 14-11870-JNF** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION BY CHAPTER 7 TRUSTEE TO CONDUCT
## RULE 2004 EXAMINATION OF VERDOLINO & LOWEY, P.C.
### (Expedited Determination Requested)

Harold B. Murphy, the duly appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of OPK Biotech, LLC (the "Debtor"), moves for the entry of an order authorizing the Trustee to issue a subpoena upon and, if necessary, conduct an examination of Verdolino & Lowey, P.C. ("V&L") pursuant to Rules 2004 and 7030 of the Federal Rules of Bankruptcy Procedure.

The Trustee seeks relief on an expedited basis due to the fact that the Debtor, which is in a Chapter 7 as the result of an involuntary bankruptcy petition filed by creditors, has failed to enter an appearance through counsel or to comply with the Court's orders regarding, among other things, the filing of a matrix, Schedules and a Statement of Financial Affairs. The Trustee requires access to the Debtor's financial information on an expedited basis. V&L was employed by the Debtor prior to the filing of the involuntary petition and is in possession of documents which are critical to the Trustee in his administration of the case. In further support of this motion, the Trustee states as follows:

### JURISDICTION

1.       This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.