**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   OPK Biotech, LLC | Chapter: 7 |
| | Case No: 14–11870 |
| Debtor | Judge Joan N. Feeney |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Notice of Appearance filed by Creditors Eleven Hurley, Tarvis Realty** on **JUNE 20, 2014** with the Court was deficient and/or defective as noted below:

- ☑ Certificate of Service **is Missing.**

- ☐ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

- ☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

- ☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

- ☐ Reaffirmation Agreement Cover Sheet.

- ☐ Real Estate Worksheet.

- ☐ Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

- ☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

- ☐ Motion to Amend Plan.

- ☐ Motion to Approve Stipulation.

- ☐ Certificate of Conference.

- ☐ Notice of Amendment to Schedules.

- ☐ Motion to Amend Schedules.

- ☐ Amended Summary of Schedules.

- ☐ Adversary Proceeding Cover Sheet.

- ☐ Proposed Notice to the Objection to Claim MLBR 3007–1(b).

- ☐ ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JUNE 30, 2014** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

⦿ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:6/23/14

By the Court,

Judith Benjamin
Deputy Clerk
617–748–5324

29 – 22