Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

Commonwealth of Massachusetts
Division of Employment & Training
Attention:  Chief Counsel
Hurley Building - Government Center
Boston, MA 02114

Carmen M. Ortiz, U.S. Attorney
U.S. Court House, Suite 9200
One Court House Way
Boston, MA 02210

Office of the US Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109

Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110

Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549

Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Aaron Bandremer
82 Baker Street
Belmont, MA 02478

Abdelghani El Fannane
51 Pleasant Street
Malden, MA 02148

Actio
c/o Pease International Tradeport
30 International Drive, Suite 201

Portsmouth, NH 03801

Adam Curet
149 1/2 Oak Avenue
Methuen, MA 01844

ADP, Inc.
One ADP Drive MS-100
Augusta, GA 30909

Aimee Albright
27 E. Reliance Road
Souderton, PA 18964

Air Filtration Management  Inc.
P.O. Biox 269
Bethlehem, PA 18016

Airgas Inc.
PO Box 827049
Philadelphia, PA 19182

Alexander Light
3 Mohegan Trail
Natick, MA 01760

Alexander MacDonald
216 Highland Ave
Somerville, MA 02143

Alexander Reed
16 Streeter Rd
Hubbardston, MA 01452

Alexandria Lengsavat
73 Pratt Avenue
Lowell, MA 01851

Allied Waste
P.O. Box 9001099
Louisville, KY 40290

American Cleanstat/Miller Products
15041 Bake Parkway  Bldg F
Irvine, CA 92618

Amsan
P.O. Box 415133
Boston, MA 02241

Andrew J Rapsomanikis
7 Sweetwater Street
Saugus, MA 01906

Andrew S Beckenbach
20 Highgate Street
Allston, MA 02134

Anna Karpowicz
82 Dana Street
Cambridge, MA 02139

Anthony Deligianis
25 Heather Way
Sharon, MA 02067

Aramark
970 Rittenhouse Road
Suite 100
Norristown, PA 19403

Arkadiy Pitman
3 Granite Road EXT
Peabody, MA 01960

Asepco
355 Pioneer Way
Mountain View, CA 94041

Ashley M Scott
25 Magnolia Road
Swampscott, MA 01907

Astro Pak
270 E. Baker St. Suite 100
Costa Mesa, CA 92626

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

ATE Security Systems
33 Chestnut Street  Unit 5
Chelsea, MA 02150

Aztec Technologies  Inc.
132 Central Street Ste #213
Foxboro, MA 02035

Azzur Group LLC
P.O. Box 940
Southampton, PA 18966

Barry L Scott
3230 E Colter Street
Phoenix, AZ 85018

Berkheimer Tax Administrator

PO Box 25156
Lehigh Valley, PA 18002

BioMeriux
P.O. Box 500308
St. Louis, MO 63150

Blue Cross Blue Shield of MA
Box 371318
Pittsburgh, PA 15250

Boiler Equipment
65 Tosca Drive
Stoughton, MA 02072

Brad Miscowski
27 Peaceable Street
Brighton, MA 02135

Brattle Transportation Services
76 Hampshire Street
Cambridge, MA 02139

Brendan Reach
10 Birch Pond Drive
Saugus, MA 01906

Brian Cottee
933 West 3rd St
Lansdale, PA 19446

Brian Davis
131 Sewall Ave apt53
Brookline, MA 02446

Brian Dawson
9 Jordan Circle
Braintree, MA 02184

Bruce Bolster
56 Grand View Avenue
Winthrop, MA 02152

Bruce W. Leibensperger
18 Greenshire Blvd
Schwenksville, PA 19473

BS&B Safety Systems
P.O. Box 973042
Dallas, TX 75397

Calibration Services inc.
615 Aldrich Street
Uxbridge, MA 01569

Carlos Benitez
1255 Adams Street
Apt 108
Boston, MA 02124

Catalent Pharma Solution LLC
25109 Network Place
Chicago, IL 60673

CBIZ Tofias
P.O. Box 956793
St. Lousi, MO 63195

Chem-Aqua
23261 Network Place
Chicago, IL 60673

Christine Toronto-Elmore
7 Fay Memorial Drive
P.O. Box 642
Tyngsboro, MA 01879

Christopher Gaquin
59 Gretter Road
West Roxbury, MA 02132

Christopher Mansur
23 Fruit Street
Hopkinton, MA 01748

Cintas Corp.
P.O. Box 630803
Cincinnati, OH 45263

Cisco WebEx  LLC
16720 Collections Center Dr
Chicago, IL 60693

Citizens Bank
ROP 140
PO Box 7000
Providence, RI 02940

City of Cambridge (Tax)
Tax Collector's Office
795 Massachusetts Avenue
Cambridge, MA 02139

City of Cambridge Water
P.O. Box 399142
Cambridge, MA 02139

City of Cambridge Water Dept.

250 Fresh Pond Parkway
Cambridge, MA 02138

City of Cambridge Water Test
250 Fresh Pond Parkway
Cambridge, MA 02138

Clara Jordan-Dualu
46 Howard Street
Milford, MA 01757

Cleary Consulting Inc
21 Merchants Row
Boston, MA 02109

CM Research
Second Floor 61A Rosebery House
South Street  Epsom
Surrey KT18 7PX
United Kingdom

Coastal Calibration Services inc
500 West Cummings Park
Suite 1100
Woburn, MA 01801

Comcast MA
PO Box 1577
Newark, NJ 07101

Commercial Collectors
PO Box 337
Montrose, MN 55363

Conference Group LLC
254 Chapman Road
Topkis Bldg  Suite 200
Newark, DE 19702

Core Power and Environment
625 Clark Avenue Ste 12
King of Prussia, PA 19406

Craig Wahlberg
4315 Golf Club Drive
#3707
Auburn, AL 36830

Cristina Khun
10 S. Ridge Circle
Lynn, MA 01904

CTS
P.O. Box 1336

Burnsville, MN 55337

Currier Landscaping
P.O. 6092
Holliston, MA 01746

Cynthia Babb
352 Thoreau Street
Concord, MA 01742

Damon Bush
2 Pierce Street
Framingham, MA 01702

David Radovsky
2 Pierce Street
Framingham, MA 01702

David Restivo
8 Maple Ridge Drive
Burlington, MA 01803

David S Triffletti
7 SilverLeaf Way
Apt 738
Peabody, MA 01960

Deandrade Enterprises   Inc.
284 Park St
Dorchester, MA 02124

Delasie Dela-Seshie
26 Park View Street
Boston, MA 02121

Dennis Phelan
4 Central Ave, 1L
Dudley, MA 01571

Dept Environmental Protection
Commonwealth Master Lockbox
PO Box 3982
Boston, MA 02241

Dept of Environ Protection
Commonwealth Master Lockbox
P.O. Box 3982
Boston, MA 02241

Derek Belanger
49 Leach Street
Stoughton, MA 02072

Derestine Landscaping   LLC

P.O. Box 64076
Souderton, PA 18964

Dion Garner
1113 Levick Street
Philadelphia, PA 19111

Djamel Yousfi
599 Pleasant Street
Apt #49
Malden, MA 02148

Doe & Ingalls
2525 Meridian Parkway
Suite 500
Durnham, NC 27713

Donald S. Morris
1551 Stanford Lane
Paoli, PA 19301

Doris Drewniak
c/o Evoqua Water Technologies LLC
10 Technology Drive
Lowell, MA 01851

Dragan Djukic
160 Strathmore Road
#20
Brighton, MA 02135

Dustin Waldron
301 Plain St
Mansfield, MA 02048

EarthLink Business
P.O. Box 88104
Chicago, IL 60680

EDQM, Council of Europe
7 allee Kastner CS 30026
Strasburg F67081
France

Edward McMahon
911 Melrose Avenue
Melrose Park, PA 19027

Edward Nathan Sonnenbergs Inc.
150 West Street
Sandton 2196 Johannesburg
South Africa

eFax Corporate

c/o j2 Global Communications Inc.
P.O. Box 51873
Los Angeles, CA 90051

Eleven Hurley Street Associates
c/o Vernon R Brown Inc.
24 Gray Street
Arlington, MA 02476

Elizabeth A Rice
13c Kirkland Street
Dover, NH 03820

Emanuel P. Reis
2055 Linton Lake Dr
#C
Delray Beach, FL 33445

EMD Millipore Corporation
25760 Network Place
Chicago, IL 60673

Energy Products Company
868 Sussex Blvd
P.O. Box 488
Broomall, PA 19008

ENS Africas Larges Firm
1 North Whaf Square
Loop Street foreshore cap town 8001
PO Box 2293 Cape Town SOUTH AFRICA 8000

ENV Services
P.O. Box 510862
Philadelphia, PA 19175

ePharmaCMC  LLC
c/o Deanna Murden-Beckett
47023 Stonecrest Drive
Plymouth, MI 48170

Equity Residential
285 Third St.
Cambridge, MA 02142

Erica Dubois
24 Annette Avenue
Pawtucket, RI 02861

Ernst & Young (Netherlands)
Victory Building
Arcadialaan 16 c+d
Alkmaar KN 1813
Netherlands

Eurofins Lancaster Laboratories
IDA Business Park
Clogherane, Dungarven Co.
Waterford,   Ireland

European Medicines Agency
7 Westferry Circus
Canary Wharf  London    E14 4HB
England

Evoqua Water Technologies LLC
c/o Performance Source II, Ltd.
PO Box 300783
Chicago, IL 60630

Exponent Inc.
9 Strathmore Road
Natick, MA 01760

FCX Performance  Inc.
P.O. Box 712465
Cincinnati, OH 45271

First National Corporation
300 Ledgewood Place  Ste101
Rockland, MA 02370

Fisher Scientific
P.O. Box 3648
Boston, MA 02241

Foley Food Services
180 Kerry Place
Norwood, MA 02062

Food and Drug Administration
P.O. Box 953877
St. Louis, MO 63195

Franconia Sewer Authority
671 Allentown Road
Telford, PA 18969

Frank E Ferguson
1280 Anders Road
Lansdale, PA 19446

FW Webb
160 Middlesex Turnpike
Bedford, MA 01730

Galbraith Laboratories  Inc.
P.O. Box 51610

Knoxville, TN 37950

George E. Annan
37 Sterling Street
#2
Worcester, MA 01910

Gerald R. Kowalski
285 Third St.
Apt. 721N
Cambridge, MA 02142

GNeil
P.O. Box 451179
Sunrise, FL 33345

Goulston & Storrs
400 Atlantic Ave.
Boston, MA 02110

Greg Dube
220 Foster Street
Littleton, MA 01460

Group Dynamics Inc.
411 U.S. Route One
Falmouth, ME 04105

GS1 US Inc.
PO Box 71-3034
Columbus, OH 43271

H20 Only
96 Clematis Avenue
Waltham, MA 02453

Hach Company
2207 Collections Center Drive
Chicago, IL 60693

Hajoca Corporation
P.O. Box 109
Lansdale, PA 19446

Hakim A Rashid
104 Valley View Dr
Coatesville, PA 19320

Hall Associates
62 Cove Road
Stonington, CT 06378

Hamida M Haroon
196 Concord Avenue

Lexington, MA 02421

Hamilton Brooks Smith Reynolds
530 Virginia Road
P.O. Box 9133
Concord, MA 01742

Hartford Life and Accident Insurance Co
Priority Accounts-Group Benefits Divisio
P.O. Box 8500-3690
Philadelphia, PA 19178

Heather McCormick
198
Stratford St Apt #2
West Roxbury, MA 02132

Hector E Garcia
5 Union Ave, Apt #83
Jamaica Plain, MA 02130

Hicham Karhat
35 Brooks Ave Apt19
Quincy, MA 02169

InfoTech Research Group
602 Queens Avenue
London, ON  N6B 1Y8
Canada

Integrated Process Technologies
8 Charlestown Street
Devens, MA 01434

Iron Mountain
P.O. Box 27128
New York, NY 10087

James Burke Jr.
8 Liberty Street
Burlington, MA 01803

James P. Holbrook
109 New Estate Road
Littleton, MA 01460

James Whelton
14 Roosevelt Ave
Dracut, MA 01826

Jamie Hayward
35A Jacobs Street
Peabody, MA 01960

Jana Keller
621 Arch St.
Apt. 1
Perkasie, PA 18944

Jason Cupp
40 Stanson Drive
North Attleboro, MA 02760

Jason Murray
106 Pondview Drive
Auburn, NH 03032

Javed Baqai
16 Pheasant Lane
Lexington, MA 02421

Jerry Asuncion Jr.
133 Fifth Street
Apt 2
Cambridge, MA 02141

JH Freed  Inc.
115 Allentown Road
Soduerton, PA 18964

Joe Dethamphavane
576 School St
Lowell, MA 01851

John Carney
112 Hermon Street
Winthrop, MA 02152

John Endicott
16 Berry Street
Malden, MA 02148

John F Tomera
354 South Street
Medfield, MA 02052

John Haggerty
Argus Management Corp.
15 Keith Hill Road  Suite 100
Grafton, MA 01519

John P Ozek
331 Hunnewell Street
Needham, MA 02494

John Silva
13 Kingsfield Road
Dracut, MA 01826

John W. White III
28 Ash St Apt #1
Gardner, MA 01440

Johnson Controls
P.O. Box 905240
Charlotte, NC 28290

Jonathan Gendron
108 Worcester Street
New Bedford, MA 02745

Jonathan J Bullock
106 Central Street
Somerville, MA 02143

Jose Torres
297 East Main Street
Norton, MA 02766

Joseph F. Giugno Jr.
17 Glen Ridge Road
Raymond, NH 03077

Joshua D Young
400E 10th Street
Apt 2A
Conshohocken, PA 19428

Joshua Kagiwada
55 N Grove St
Middleboro, MA 02346

Joshua Ratta
67 West Hollis Road
Hollis, NH 03049

Juan Gonzalez
147 Crown Point Road
Rochester, NH 03867

Justin Pleva
165 Britton Street
Raynham, MA 02767

Justine Jacome
Argus Management Corp.
15 Keith Hill Road  Suite 100
Grafton, MA 01519

Karen Enriquez
5 Arlington Street
#23

Cambridge, MA 02140

Kartikeya Pant
25 Leslie Road
Belmont, MA 02478

Kathleen Holbrook
61 Locust St
Brockton, MA 02301

KBM America
280 Hillside Avenue
Needham, MA 02494

Keane Fire & Safety
1500 Main Street
Waltham, MA 02451

Ken Myers
750 Allentown Rd
Sellersville, PA 18960

Keystone Fire Protection Co.
433 Industrial Drive
North Wales, PA 19454

Khalid Ettyzaouy
467 Revere St apt 10
Revere, MA 02151

Kiee J Gates-Garland
261 Roslindale Ave
Roslindale, MA 02131

Kraft Power
199 Wildwood Ave
P.O. Box 2189
Woburn, MA 01888

Kwasi Osei-Boateng
227 Oak Street
Shrewsbury, MA 01545

Lamont, Hanley & Assoc., Inc.
PO Box 179
Manchester, NH 03105

Lauren Lengsavat
69 Pratt Avenue
Lowell, MA 01851

Laurie M Doucette
22 Shire Road
Leominister, MA 01453

Lee Taing
20 Canton Street
Lowell, MA 01851

Linda Klink
382 Greenwood Avenue
Collegeville, PA 19426

Luis R. Raices
15 Powers Street #24
Milford, NH 03055

Magen Livsey
27 Vine Street
Randolph, MA 02368

Marc S. Ellenbogen
Zahrebska 23-25
Prague, 1200
Czech Republic

Marcor
16233 Collections Center Dr
Chicago, IL 60693

Marel Associates
Credit & Collection
133-50 32nd Avenue
Flushing, NY 11354

Marie L. Jean-Louis
60 Greenwood Avenue
Hyde Park, MA 02136

Mario Umana-Sola
14 Oak Ridge Road
Brockton, MA 02301

Mark Gerheart
33 Fairhill School
Road
Hatfield, PA 19440

Mark Hochstetler
1725 Poppy Avenue
Menlo Park, CA 94025

Mary Chum
25 Rockdale Avenue
Peabody, MA 01960

Mass Dept of Revenue
200 Arlington Street

Suite 4300
Chelsea, MA 02150

Massachusetts Water Resources Authority
Treasurer's office
100 First Ave. Charlestown Navy Yard
Boston, MA 02129

Master Control
6330 South 3000 East
Suite 200
Salt Lake City, UT 84121

Maureen Light
3 Mohegan Trail
Natick, MA 01760

Megan V Cronin
105 Landseer Street
West Roxbury, MA 02132

Meghan A Cupp
40 Stanson Drive
North Attleboro, MA 02760

Melissa Zafirelis
32 Maple Street
Waltham, MA 02453

Metropolitan Pipe
303 Binny Street
Cambridge, MA 02142

MG Trust Company
171 17th Street, Suite 1300
Denver, CO 80202

Michael D. Heath II
169 Msgr. O'Brien Hw
#214
Cambridge, MA 02141

Michael G Patterson
717 Woodlands Way
Abington, MA 02351

Michael Krsulich
987 Marshall Drive
Pottstown, PA 19465

Michael Pepe
34 Grand Avenue
Revere, MA 02151

Michael S. LeBlanc
7 Moulton Avenue
Salem, MA 01970

Michael Scott
30 Strawberry Lane
Raymond, NH 03077

Michael T Murphy
721 Hamel Avenue
Glenside, PA 19038

Michael Walker
1203 Hancock St Apt
Quincy, MA 02169

Microtest Laboratories Inc.
104 Gold Street
Agawam, MA 01001

Mindaye Kebede
P.O. Box 425444
Cambridge, MA 02142

Minus Eleven Inc.
70 Finnell Drive
Weymouth, MA 02188

Molly McCormick
67 Manthorne Road
West Roxbury, MA 02132

Moyer Pest Control
P.O. Box 64198
Souderton, PA 18964

MUSA
330 Bear Hill Road
Suite 205
Waltham, MA 02451

Nassim Bouchentouf-Idriss
25 Liberty Street
Natick, MA 01760

Nathan Dube
220 Foster St.
Littleton, MA 01460

Nathan M Priest
215 Franklin Street
Stoneham, MA 02180

Neil F Connolly

10A Sewall Street
Apt 106
Somerville, MA 02145

New England Document System
750 East Industrial Park Drive
Manchester, NH 03109

New England Document Systems
750 East Industrial Park Drive
Manchetser, NH 03109

New Horizon Communications
P.O. Box 981073
Boston, MA 02298

New Horizons Communications
c/o Cellai Law Offices, P.C.
280 Summer Street, Suite M300
Boston, MA 02210

Nicole Burton
104 Vinal Street
Revere, MA 02151

Nicole Janelle
1351 Great Plain Ave
Needham, MA 02492

North Penn Water Authority
300 Forty Foot Road
P.O. Box 1659
Lansdale, PA 19446

Northeast Water Service
67 Green Street
Foxboro, MA 02035

Northern Business Machine
24 Terry Avenue
Burlington, MA 01803

NStar Electric
P.O. Box 660369
Dallas, TX 75266

NStar Gas
P.O. Box 660369
Dallas, TX 75266

OPK Biotech-RUS
23  bldg. 1  Bolshaya Dmitrovka St
Moscow, 125009
Russia

Optima
130 New Boston Street
2nd Floor
Woburn, MA 01801

Orangefield Trust
Drentestraat 24
Amsterdam   1083 HK
Netherlands

OSI Software
777 Davis Street
San leandro, CA 94577

PA Dept of Labor & Industry
P.O. Box 68572
Harrisburg, PA 17106

Patricia A. Barnes
125 Crystal Avenue
Revere, MA 02151

Patrick Donohue
117 Roslindale Ave
Roslindale, MA 02131

Patrick E Barrows
471 1/2 Lowell St
Methuen, MA 01844

Patrick Taylor
84 New Templeton Rd
Hubbardston, MA 01452

Patriot Energy Group
1 Rounder Way, Suite 200
Burlington, MA 01803

PAW BioScience Products   Inc.
28 Eaton Road
Eatontown, NJ 07724

PECO Energy
P.O. Box 37629
Philadelphia, PA 19101

Peter Chrysanthopoulos
103 Playstead Road
Medford, MA 02155

Philip C Wahlberg
21 Range Road #3
Nahant, MA 01908

Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285

PPL Electrics Utilities
P.O. Box 25222
Lehigh Valley, PA 18002

Practical Applications
12 Channel Street
Boston, MA 02210

Practical Applications
c/o James J. McNulty, Esq.
40 Court Street
Boston, MA 02108

Presidio Networked Solutions
P.O. Box 822169
Philadelphia, PA 19182

Purchase Power
Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250

R & A Martin Sales Inc
35 Samantha Lane
Gilbertsville, PA 19525

Radiometer
13217 Collections Center Drive
Chicago, IL 60693

Radiometer Ireland Ltd
24-26 City Quay (5th floor)
Dublin 2
Ireland

Raymond Terrell
16 Summer Street
Dover, NH 03820

Reid Graphics
7 Connector Road
P.O. Box 4247
Andover, MA 01810

Remel
P.O. Box 96299
Chicago, IL 60693

Richard Bucksar

7218 SW 257th Ct
Vashon, WA 98070

Richard Domyan
240 Highland Road
Coopersburg, PA 18036

Richard P Rege
3 Windemere Circle
Braintree, MA 02184

Richard Williams
94 Byron Street #3
P.O. Box 260
East Boston, MA 02128

Robert Nirenberg
3409 Windsor Lane
Thorndale, PA 19372

Robert Smith
253 Chestnut Street
Spring City, PA 19475

SAFA Advisory Limited
Nathan Alexander Medlock
37 Broad Street, First Floor
St. Helier, Jersey JE2 3RR
United Kingdom

Salvatore DiRusso
108 Harvard Street
Malden, MA 02148

Sarah Rush
851 West Street
Carlisle, MA 01741

Save that Stuff
100 Terminal Street
Charlestown, MA 02129

Scales Industrial Tech Inc.
185 Lackawana Ave
Woodland, NJ 07424

Scott Hotyckey
48 Eden Street
Framingham, MA 01701

Sean M O'Quinn
20 Autumn Drive
Fitchburg, MA 01420

Sebastiana Gorham
250 Main Street
Unit 218
Hudson, MA 01749

SGS Life Science Services
Citibank- P.O. Box 2502
Carol Stream, IL 60132

Shakil Kapadia
189 Chandler Road
Andover, MA 01810

Shred-It USA
P.O. Box 29862
New York, NY 10087

Siemens Industry Inc. Bldg Technologies
c/o Citibank (Bldg Tech)
P.O. Box 2134
Carol Stream, IL 60132

Siemens Water Technologies  Corp.
P.O. Box 360766
Pittsburgh, PA 15250

Sopheap Reach
10 Birch Pond Drive
Saugus, MA 01906

Soslan G. Khugaev
285 Third Street
Apt 421
Cambridge, MA 02142

Spark Energy Gas  LP
PO Box 4328
MSC#350
Houston, TX 77210

Spear Realty LLC
P.O. Box 334
Coopersburg, PA 18036

SPX Flow Technology
P.O. 98084
Chicago, IL 60693

Stephanie Beatrice
18 Folsom Street
Revere, MA 02151

Stephanie Carr
149 Byerly Boulevard

Radcliff, KY 40160

Stericycle
P.O. Box 6582
Carol Stream, IL 60197

Strategic Business Communications
Accounts Receivable
1979 Marcus Ave  Ste 210
Lake Success, NY 11042

Suburban Contract Cleaning
P.O. Box 850914
Braintree, MA 02185

Sudeep Phatak
4323 Deer Trail
Alpharetta, GA 30004

Tahinara Rassi
20 Essex Street
Apt 16
Melrose, MA 02176

Tarvis Realty LLC
P.O. Box 84
Winchester, MA 01890

Team AVS
16 Tech Circle
Natick, MA 01760

Terrell Offutt
55 Albion Street
Brockton, MA 02301

Test America Labs
P.O. Box 204290
Dallas, TX 75320

TestAmerica Laboratories, Inc.
c/o  Altus Global Trade Solutions
PO Box 1389
Kenner, LA 70063

Theodore J LaBelle III
310 Summer St
Framingham, MA 01701

Therapure BioPharma  Inc.
2585 Meadowpine Boulevard
Mississauga ON  L5N 8H9
Canada

ThermoFisher Scientific, Remel Products
c/o Schlesinger, Schlesinger & Sommo LLC
11 Beacon Street, Suite 632
Boston, MA 02108

Thomas Carbone
8 Central Street
Wilmington, MA 01887

Thomas Koethe
765 Cambridge Street
Apt #3
Cambridge, MA 02141

Thomas Page
4449 SpringMeadow Ct
College Station, TX 77845

Thomas Robicheau
6 West St
Amherst, NH 03031

ThyssenKrupp Elevator
P.O. Box 933007
Atlanta, GA 31193

Timothy E Bullock
P.O. Box 563
64 Winter Street
Wrentham, MA 02093

Timothy K Thao
89 Aberdeen Avenue
Warwick, RI 02888

Transworld Sytems, Inc.
c/o Moyer & Son, Inc.
Home Services Division
PO Box 64198
Souderton, PA 18964

Travis Olesh
1933 Pennsylvania Av
Apt 5
Allentown, PA 18104

Triveritas
Bank Barn
How Mill
Brampton,   CA8 9JY

TTE Laboratories Inc.
77 Main Street
Hopkinton, MA 01748

Tustin Mechanical Services
2555 Industry Lane
Norristown, PA 19403

Tyler S Hubacz
296 Maple Avenue
Rutland, MA 01543

UGI Energy Services
P.O. Box 827032
Philadephia, PA 19182

Union Office Supply
226 Andover Street
Wilmington, MA 01887

United Retirement Plan Consultants
3 Lyons Way
No. Attleboro, MA 02763

UPS
PO BOX 7247-0244
Philadelphia, PA 19170

Vanly Thipphavong
25 Eden Glen
Leominster, MA 01453

Verizon
P.O. Box 15062
Albnay, NY 12212

VWR
P.O. Box 640169
Pittsburgh, PA 15264

W. Richard Light
3 Mohegan Trail
Natick, MA 01760

Waltham Services
c/o AG Adjustments
740 Walt Whitman Road
Melville, NY 11747

Waltham Services Inc.
P.O. Box 540538
Waltham, MA 02454

Waste Management of MA
P.O. Box 13648
Philadelphia, PA 19101

Watts Security  Inc.
89 First Street
Cambridge, MA 02141

William Gallagher Associates
470 Atlantic Ave.
Boston, MA 02210

William Light
3 Mohegan Trail
Natick, MA 01760

Willson International Inc.
160 Wales Avenue
Suite 100
Tonawanda, NY 14150

World Courier
P.O. Box 62277
Baltimore, MD 21264

World Courier, Inc.
PO Box 842325
Boston, MA 02284

Yanick Andrade
3 Trull St.
Dorchester, MA 02125

Yaniv Glazer
11 Ruane Road
Newton, MA 02465

Zachary Tropeano Lovatt
848 Fellsway
Medford, MA 02155

Zafiris Zafirelis
72 Harris Avenue
Needham, MA 02492